**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GE RENEWABLES NORTH AMERICA, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>SKF USA INC.,<br><br>       Defendant. | Case No.: 1:23-cv-09274-PKC |

**DECLARATION OF C. NEIL GRAY IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, OR,**
**IN THE ALTERNATIVE, TO TRANSFER VENUE OR COMPEL ARBITRATION**

  I, C. Neil Gray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

  1.  I am a partner in the law firm of Duane Morris LLP, attorneys for Defendant SKF USA Inc. ("SKF") in this action. I submit this declaration in support of SKF's Motion to Dismiss or, in the Alternative, to Transfer Venue or Compel Arbitration.

  2.  Attached hereto as Exhibit A is a true and correct copy of the Supply Agreement entered into by GE Renewables North America, LLC and SKF on or about January 1, 2015.

  3.  Attached hereto as Exhibit B is a true and correct copy of the GE Renewable Energy Terms of Purchase Rev. A – U.S., dated March 18, 2016.

  4.  Attached hereto as Exhibit C is a true and correct copy of the GE Renewable Energy Terms of Purchase Rev. A – U.S., dated March 26, 2018.

  I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2024

                        */s/ C. Neil Gray*
                         C. NEIL GRAY