# Exhibit 1 to Butler Declaration

## ADDENDUM NUMBER TWO
## TO THE SUPPLY AGREEMENT

This Addendum Number Two ("Addendum") is effective as of the ___ day of December, 2017, ("Addendum Effective Date") and amends the Supply Agreement dated January 1, 2015, by and between SKF USA Inc. ("Seller") and General Electric Company, acting through its GE Power & Water business, ("Buyer") by amending the Agreement as follows:

1. Section 1.3 (a) "Term and Termination" shall be modified as follows. "Unless extended or unless terminated under this Section 3, this Agreement will remain in effect from the Effective Date to December 31, 2018 (the "Term")."

2. Appendix 1 is hereby deleted and replaced with the new Appendix 1 attached hereto.

All capitalized words used but not defined in this Addendum will have the meanings given to them in the Agreement. Except to the extent modified by this Addendum, the terms and conditions of the Agreement will remain unchanged and shall continue in full force and effect.

IN WITNESS WHEREOF, the parties hereto have executed this Addendum as of the date first written above.

GENERAL ELECTRIC COMPANY, acting through its
GE Power & Water Business

By: _____
Name: DAVID MOLLEJIK
Title: BEARINGS - GCL
Date: 12/14/17

SKF USA INC.

By: _____
Name: GEORGE S. CURTIS
Title: DIRECTOR WIND ENERGY BUSINESS
Date: 14 DEC 2017

SKF USA INC..

By: _____
Name: Larry Horton
Title: VP of O.E. Sales
Date: 12-13-2017

# APPENDIX 1

## Description, Quantity and Price List of Components

1. **Component Description**

Seller shall manufacture the following Components for Buyer:

- 240/600 ECA/W33V032RE10
- 240/750 ECA/W33VQ725RE10
- 240/750 ECA/W33V039RE10

2. **Pricing and Annual Purchase Commitment**

Annual Purchase Commitment for each Component shall mean the lesser of the number of Components under the heading "Minimum Number of Units" specified in Table 2 below, if any, or the percentage of the Buyer RePower Requirement or the Buyer 2.5/2.3/2.0 Requirement (as defined below) specified under the heading "Committed Volume" in Table 2.

Buyer RePower Requirement shall mean the number of Components required in the Americas (US, Canada, Mexico, and Latin America) by Buyer or its Affiliates for the wind turbine models utilizing the 240/600 size main shaft bearing.

Buyer 2.5/2.3/2.0 Requirement shall mean the number of Components required in the Americas (US, Canada, Mexico, and Latin America) by Buyer or its Affiliates for the wind turbine models utilizing the 240/750 size main shaft bearing.

Table 1

| Year | SKF Part Number | Price Per Unit in USD | | Ex-Works Seller's Factory in Country Specified Below |
|---|---|---|---|---|
| 2017 | 240/600 ECA/W33V032RE10 | $5,750 | | USA |
| 2017 | 240/750 ECA/W33VQ725RE10 | $11,900 | | USA |
| 2018 | 240/750 ECA/W33VQ725RE10 | $11,000 | | USA |
| 2018 | 240/750 ECA/W33V039RE10 | $13,300 | | USA |

Table 2

| Year | SKF Part Number | Minimum No. of Units | Committed Volume |
|---|---|---|---|
| 2017 | 240/600 ECA/W33V032RE10 | 1190 | 80% of Buyer RePower Requirement |
| 2017 | 240.750ECH2HW33RE10 | 812 | 60% of Buyer 2.3/2.0 Requirement |
| 2018 | 240/750 ECA/W33VQ725RE10 | Not Applicable | 30% of Buyer 2.5/2.3/2.0 Requirement |
| 2018 | 240/750 ECA/W33V039RE10 | Not Applicable | 30% of Buyer 2.5/2.3/2.0 Requirement* |

*240/750 ECA/W33V039RE10 ("NoWear® Product") volume is contingent upon satisfactory completion of FPQ ("First Piece Qualification") and PLQ ("Pilot Lot Qualification"). The parties agree to use good faith efforts to complete the FPQ and PLQ process by January 31, 2018.