**Exhibit 2 to Butler Declaration**

Approved



| | | PO Type  Standard | | |
|---|---|---|---|---|
| **GE Renewables North America, LLC**<br>**Tax Registration Number:**<br>47-5630679<br>**Legal Address**<br>1 River Road<br>Schenectady  NY 12345<br>United States | | Document Type:  Change Order | | |
| | | Purchase Order No<br>650026182 | Amend No.<br>5 | Page<br>1 of 2 |
| | | **Acceptance Required:**<br>Yes | **Acceptance By:** | |

| **Supplier BUC:** | N/A | **Standard Terms and Conditions** |
|---|---|---|
| **Supplier:** | SKF USA Inc.<br>890 Forty Foot Road<br>Lansdale PA 19446<br>United States | **GE Renewable Terms of Purchase REV. A- U.S. APPLY TO THIS ORDER.**<br>**TO OBTAIN A COPY OF THE APPLICABLE GE RENEWABLE TERMS OF PURCHASE GOVERNING THIS ORDER, PLEASE CONTACT YOUR GE BUYER OR VISIT:**<br>**https://www.gerenewableenergy.com/suppliers/document-library.html**<br>**GE RENEWABLE SUPPLIER QUALITY REQUIREMENTS (P28A-WE-0004 REV -C) APPLY** |
| **Supplier GSL Number:** | 100599-LANSDALE133 | |
| **Supplier Telephone Number:** | | |
| **Supplier e-mail ID:** | paige.whiting@skf.com | |

| **Ship to:**<br>GERE_GERNA_PNS_Pensacola<br>GE Company<br>8301 Scenic Highway<br>Pensacola, FL  32514<br>United States | **Clear Orbit suppliers must follow Clear Orbit process guidelines for Invoicing.** |
|---|---|
| **Note to Supplier:** | **Buyer**<br>**Name:**  Gregory Cramer<br>**Phone:**<br>**Email:** gregory.cramer@ge.com |

| **Order Date**<br>05-AUG-2019 | **Revision Date**<br>18-NOV-2019 | **Payment Terms**<br>Net 90 | **Company Code**<br>PR40 |
|---|---|---|---|
| **Incoterms Condition**<br>FCA | **Mode of transport** | **Ship Via** | **BUC**<br>WND00P |

| Line No. | Part Number & Description | UOM | Qty | Unit Price<br>USD | EXT Price | Labor/Service Start Date<br>Labor/Service End Date | Required Date | Promised Date | Need by Shipment Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Item:  446W2140P001<br><br>Item Revision  001<br>Description:  **MAIN BEARING, SPHERICAL ROLLER, 240/750** | EACH | 17 | 15,500.00 | 263,500.00 | - | | | |

| Drawing Revision details | | | | |
|---|---|---|---|---|
| **Item Number** | **Item Revision** | **Drawing Number** | **Drawing Revision** | **Drawing Description** |
| 446W2140P001 | 001 | P23A-WE-0001 | AA | SERIALIZATION OF GE WIND ENERGY COMPONENTS |
| 446W2140P001 | 001 | 444W6530 | - | Main gearbox and main bearing loads specification for 2.5-116 GE/LM56.9 80, 87, 94 and 118 m hub height, 60Hz, STW/CWE, IECS based on IEC61400-1 Ed.3 |
| 446W2140P001 | 001 | 444W2126 | A | Technical loads specification for Gearbox Mainbearing - 2.3-116 50Hz/60Hz 80HH/94HH, 2.3-107/2.0-116 94HH 60Hz, 2.2-107 Quebec 60Hz 80HH configurations |
| 446W2140P001 | 001 | 109W8816 | - | Technical Specification Wind Turbine Generator Systems 2.3-107 & 2.0-116 Main bearing and gearbox for 2.3-107 with GE52.2 blades, 80m HH, 50Hz STW & 60Hz STW/CWE, IEC S (61400-1 Ed.3) DDR2 Loads set and 2.0-116 with GE/LM56.9 blades, 80mHH, 60Hz, STW/CWE, IEC S (61400-1 Ed.3) DDR loads |
| 446W2140P001 | 001 | 446W4128 | A | Main Bearing Technical Specification |
| 446W2140P001 | 001 | 446W2140 | B | MAIN BEARING |
| 446W2140P001 | 001 | 109W7455 | - | Technical Specification Wind Turbine Generator Systems 2.2-107 Main Gearbox & Main Bearing Extreme and Fatigue Loads  for 2.2-107 with GE52.2, 80m HH, 50Hz & 60Hz, STW/CWE IEC S (61400-1 Ed.2)CDR |

GE RESTRICTED
FAX_INFO|650026182

Approved



| | | PO Type  Standard | | |
|---|---|---|---|---|
| **GE Renewables North America, LLC** | | Document Type: Change Order | | |
| **Tax Registration Number:** 47-5630679 | | Purchase Order No 650026182 | Amend No. 5 | Page 2 of 2 |
| **Legal Address** 1 River Road Schenectady  NY 12345 United States | | Acceptance Required: Yes | Acceptance By: | |

| **Supplier BUC:** | N/A | **Standard Terms and Conditions** |
|---|---|---|
| **Supplier:** | SKF USA Inc. 890 Forty Foot Road Lansdale PA 19446 United States | GE Renewable Terms of Purchase REV. A- U.S. APPLY TO THIS ORDER. TO OBTAIN A COPY OF THE APPLICABLE GE RENEWABLE TERMS OF PURCHASE GOVERNING THIS ORDER, PLEASE CONTACT YOUR GE BUYER OR VISIT: https://www.gerenewableenergy.com/suppliers/document-library.html GE RENEWABLE SUPPLIER QUALITY REQUIREMENTS (P28A-WE-0004 REV -C) APPLY |
| **Supplier GSL Number:** | 100599-LANSDALE133 | |
| **Supplier Telephone Number:** | | |
| **Supplier e-mail ID:** | paige.whiting@skf.com | |

| Line No. | Part Number & Description | UOM | Qty | Unit Price USD | EXT Price | Labor/Service Start Date Labor/Service End Date | Required Date | Promised Date | Need by Shipment Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | loads set | |
| 1.1 | Ship to: Use the ship-to address as in header  OTM Order Base Line ID: 650026182-0-1-1 | EACH | 17 | | | | 13-NOV-2020 | 13-NOV-2020 | 06-NOV-2020 |
| | Total (Exclusive of Tax) | | | | 263,500.00 | | | | |

| Revision | Line Number | Shipment number | Field Altered | Change from | Change to |
|---|---|---|---|---|---|
| 5 | 1 | 1 | PROMISED_DATE | | 13-NOV-20 |
| 5 | 1 | 1 | LAST_ACCEPT_DATE | | 30-MAR-48 |

**Standard Instructions**

Logistics
Buyer requires Supplier to arrange for the delivery of goods purchased under this Order through the GE Power Logistics Execution Center by entering a transportation request in GE Power Transportation Management System ("TMS") at least forty-eight (48) hours prior to the ship date. Use the links below to enter a transportation request.
OTM https://otm.gepower.com
For TMS (ILS & OTM) registration information, use the following link:
https://registration.gepower.com/registration

Premium transportation may be required to process shipments if Supplier fails to provide a transportation request for shipment at least forty-eight (48) hours prior to the delivery date, and Buyer reserves the right to bill back Supplier for such premium transportation. Also, parcel shipments (generally less than 150 lbs.) must be shipped using an approved courier service. Contact your GE Buyer for the courier account number. Non-compliance to this policy will result in a possible financial assessment billed back to the supplier.
Contact information for the GE Power Logistics Execution Center is as follows:
US - LCOE.Wind@ge.com
Asia -
Phone: (+86) 400 820 0135
Europe-
Phone: +420 239 015 614

For Clear Orbit suppliers access the tool at https://suppliercollaboration.ge-energy.com/scp/endeavour/disclaimer.do.

Environmental Technical Regulatory Requirements (TRS):
The good(s)/part(s)/assembly(ies) referenced in this Order may have certain Environmental Technical Regulatory Requirements that are a function of its design and the country/region of its final destination. In such event, Supplier shall comply with all such requirements. Please click on the following link https://www.gerenewableenergy.com/suppliers/document-library.html to obtain specific technical regulations and standards information Packaging Requirements: All suppliers must comply with GE Specification P23E-WE-0255, including but not limited to, all country of origin, preservation, long term storage, handling and markings requirements. For Wind Turbine Towers and Blades all suppliers must comply with GE Specification P22A-WE-0001. In addition, all Goods shall be packaged in order to prevent damage during handling and/ or transportation. Any costs incurred due to non-compliance will be charged to the suppliers account.
The issuance of this PO shall not constitute an acceptance of any offer to sell, quotation or other proposal from Supplier.  Buyer hereby notifies Supplier in advance that Buyer objects to any terms and conditions which have been or will be included with Supplier's quotation, invoice or other document which are additional to or different than Buyer's terms referred to and incorporated herein, and none of such additional or different terms shall be part of the contract between Supplier and Buyer, unless specifically accepted by Buyer in writing.

GE RESTRICTED