**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GE RENEWABLES NORTH AMERICA, LLC,

                            Plaintiff,

            v.                                          Case No.: 1:23-cv-09274-PKC

SKF USA INC.,

                            Defendant.

### REPLY DECLARATION OF C. NEIL GRAY

I, C. Neil Gray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.        I am a partner in the law firm of Duane Morris LLP, attorneys for Defendant SKF

USA Inc. ("SKF") in this action.  I submit this declaration in further support of SKF's Motion to

Dismiss or, in the Alternative, to Transfer Venue or Compel Arbitration.

2.        Attached hereto as Exhibit 1 is a true and correct copy of a December 18, 2019, e-

mail from Jeffrey Marchozzi to Ulrich Jugler attaching Addendum Number Three to the Supply

Agreement.

I hereby declare under penalty of perjury that the foregoing is true and correct.


Executed on June 7, 2024


                                                    _____
                                                              */s/ C. Neil Gray*
                                                            C. NEIL GRAY


DM1\15410322