# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23−cv−09274−PKC

| | |
|---|---|
| GE Renewable North America, LLC v. SKF USA Inc. | Date Filed: 10/20/2023 |
| Assigned to: Judge P. Kevin Castel | Date Terminated: 02/07/2025 |
| Demand: $9,999,000 | Jury Demand: None |
| Cause: 28:1332oc Diversity−Other Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**GE Renewables North America, LLC**　　represented by　**Sanaz Payandeh**
Clifford Chance US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
818−224−9633
Email: sanaz.payandeh@cliffordchance.com
*ATTORNEY TO BE NOTICED*

**Jeff Edward Butler**
Clifford Chance US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
212−878−8000
Email: jeff.butler@cliffordchance.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SKF USA Inc.**　　represented by　**Christopher Neil Gray**
Duane Morris LLP
1540 Broadway
New York, NY 10036
212−692−1061
Fax: 212−409−8876
Email: cngray@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher W. Healy**
Duane Morris LLP
1540 Broadway
New York, NY 10036
212−692−1046
Fax: 212−409−8243
Email: CWhealy@duanemorris.com
*ATTORNEY TO BE NOTICED*

Gabrielle Catherine Pelura
278 First Ave, Apt 8H
New York, NY 10009
610−585−9394
Email: gpelura@duanemorris.com
*ATTORNEY TO BE NOTICED*

**John Ignatius Coster , IV**
Duane Morris LLP
230 Park Avenue
Ste 1130
New York, NY 10169
212−404−8737
Email: jicoster@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Spencer Derek Wein**
Duane Morris LLP
1540 Broadway
New York, NY 10036
212−692−1000
Fax: 212−692−1020
Email: SDWein@duanemorris.com
*TERMINATED: 03/01/2024*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2023 | Ï 1 | COMPLAINT against SKF USA Inc.. (Filing Fee $ 402.00, Receipt Number ANYSDC−28457646)Document filed by GE RENEWABLES NORTH AMERICA, LLC..(Butler, Jeff) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 2 | CIVIL COVER SHEET filed..(Butler, Jeff) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to SKF USA Inc., re: 1 Complaint. Document filed by GE RENEWABLES NORTH AMERICA, LLC..(Butler, Jeff) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 4 | **FILING ERROR – DEFICIENT DOCKET ENTRY – MISSING DIVERSITY INFORMATION** – RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent GENERAL ELECTRIC COMPANY for GE RENEWABLES NORTH AMERICA, LLC. Document filed by GE RENEWABLES NORTH AMERICA, LLC..(Butler, Jeff) Modified on 10/23/2023 (kj). (Entered: 10/20/2023) |
| 10/23/2023 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeff Edward Butler. The party information for the following party/parties has been modified: GE RENEWABLS NORTH AMERICA, LLC, SKF USA, Inc.. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps; party role was entered incorrectly. (sj)** (Entered: 10/23/2023) |
| 10/23/2023 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge P. Kevin Castel. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(sj) (Entered: 10/23/2023) |

| | | |
|---|---|---|
| 10/23/2023 | Ï | Magistrate Judge Katharine H. Parker is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 10/23/2023) |
| 10/23/2023 | Ï | Case Designated ECF. (sj) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to SKF USA Inc.. (sj) (Entered: 10/23/2023) |
| 10/23/2023 | Ï | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Jeff Edward Butler. The following case opening statistical information was erroneously selected/entered: Dollar Demand $107,000,000; County code New York; Fee Status code due (due). The following correction(s) have been made to your case entry: the Dollar Demand has been modified to 9,999,000; the County code has been modified to XX Out of State; the Fee Status code has been modified to pd (paid). (sj) (Entered: 10/23/2023) |
| 10/23/2023 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Jeff Edward Butler to RE–FILE Document No. **4** Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): the jurisdiction of this action is based on diversity – the party/intervenor did not name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Re–file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents – select the correct filer/filers – attach the correct signed PDF – when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes or No radio button – If Yes – enter the corporate parent/other affiliate, click the Search button – select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate – select the party to whom the corporate parent/other affiliate should be linked – add corporate parent/other affiliate names one at a time – name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Please use the revised form found here **NYSD form page.** (kj) (Entered: 10/23/2023) |
| 10/24/2023 | Ï 6 | ORDER INITIAL PRETRIAL CONFERENCE: Initial Conference set for 1/19/2024 at 11:30 AM before Judge P. Kevin Castel. The call–in information for all teleconferences is: Dial–in: (888) 363–4749 Access Code: 3667981. SO ORDERED. (Signed by Judge P. Kevin Castel on 10/24/2023) (vfr) (Entered: 10/24/2023) |
| 10/25/2023 | Ï 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent General Electric Company for GE Renewables North America, LLC. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 10/25/2023) |
| 10/25/2023 | Ï 8 | CERTIFICATE OF SERVICE of Summons and Complaint. SKF USA Inc. served on 10/23/2023, answer due 11/13/2023. Service was accepted by Serna. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 10/25/2023) |
| 11/10/2023 | Ï 9 | NOTICE OF APPEARANCE by Christopher Neil Gray on behalf of SKF USA Inc...(Gray, Christopher) (Entered: 11/10/2023) |
| 11/10/2023 | Ï 10 | NOTICE OF APPEARANCE by Christopher W. Healy on behalf of SKF USA Inc...(Healy, Christopher) (Entered: 11/10/2023) |
| 11/10/2023 | Ï 11 | NOTICE OF APPEARANCE by Spencer Derek Wein on behalf of SKF USA Inc...(Wein, Spencer) (Entered: 11/10/2023) |

| 11/10/2023 | Ï 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent AB SKF for SKF USA Inc.. Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 11/10/2023) |
|---|---|---|
| 11/10/2023 | Ï 13 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint *for 35−day extension of the deadline for Defendant to move, answer, or otherwise respond to the Complaint to Dec. 18, 2023* addressed to Judge P. Kevin Castel from C. Neil Gray dated November 10, 2023. Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 11/10/2023) |
| 11/13/2023 | Ï 14 | ORDER: granting 13 Letter Motion for Extension of Time to Answer re 13 CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint for 35−day extension of the deadline for Defendant to move, answer, or otherwise respond to the Complaint to Dec. 18, 2023. addressed to Judge P. Kevin Castel from. Time for defendant to respond to the complaint extended to December 18, 2023. SO ORDERED. SKF USA Inc. answer due 12/18/2023. (Signed by Judge P. Kevin Castel on 11/13/2023) (ama) (Entered: 11/13/2023) |
| 12/14/2023 | Ï 15 | SECOND LETTER MOTION for Extension of Time to File Answer re: 1 Complaint *with consent of Plaintiff* addressed to Judge P. Kevin Castel from C. Neil Gray dated December 14, 2023. Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 12/14/2023) |
| 12/15/2023 | Ï 16 | ORDER: granting 15 Letter Motion for Extension of Time to Answer re 15 SECOND LETTER MOTION for Extension of Time to File Answer re: 1 Complaint with consent of Plaintiff. addressed to Judge P. Kevin Castel from C. Neil Gray dated December 14, 2023. Time to respond extended to February 1, 2024. Conference adjourned from January 19 to March 8, 2024 at 10:00 a.m. SO ORDERED. SKF USA Inc. answer due 2/1/2024. (Signed by Judge P. Kevin Castel on 12/14/2023) (ama) (Entered: 12/15/2023) |
| 12/15/2023 | Ï | Set/Reset Hearings: Initial Conference set for 3/8/2024 at 10:00 AM before Judge P. Kevin Castel. (ama) (Entered: 12/15/2023) |
| 02/01/2024 | Ï 17 | LETTER MOTION for Conference *to request leave to file a motion to dismiss Plaintiff's Complaint* addressed to Judge P. Kevin Castel from C. Neil Gray dated February 1, 2024. Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 02/01/2024) |
| 02/07/2024 | Ï 18 | LETTER addressed to Judge P. Kevin Castel from Jeff E. Butler dated 2/7/24 re: in Response to the Pre−Motion Letter filed by Defendant SKF USA, Inc. on February 1, 2024. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 02/07/2024) |
| 02/08/2024 | Ï 19 | MEMO ENDORSEMENT: on re: 18 Letter filed by GE Renewables North America, LLC. ENDORSEMENT: Resubmit in compliance with Individuals Practices at 3 A(iv) & (v). SO ORDERED. (Signed by Judge P. Kevin Castel on 2/07/2024) (ama) (Entered: 02/08/2024) |
| 02/08/2024 | Ï 20 | AMENDED LETTER addressed to Judge P. Kevin Castel from Jeff E. Butler dated 2/8/2024 re: in Response to the Pre−Motion Letter filed by Defendant SKF USA, Inc. on February 1, 2024. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 02/08/2024) |
| 02/08/2024 | Ï 21 | MEMO ENDORSEMENT on re: 20 Letter filed by GE Renewables North America, LLC, ENDORSEMENT: Leave to amend is granted provided it is filed by February 20, 2024. Any premotion letter addressed to the amended pleading shall be filed by March 1, 2024. The pre−motion request will be taken up at the March 8 conference. SO ORDERED. (Signed by Judge P. Kevin Castel on 2/8/2024) ( Amended Pleadings due by 2/20/2024.) (ks) (Entered: 02/08/2024) |
| 02/20/2024 | Ï 22 | AMENDED COMPLAINT amending 1 Complaint against SKF USA Inc..Document filed by GE Renewables North America, LLC. Related document: 1 Complaint..(Butler, Jeff) (Entered: 02/20/2024) |
| 02/21/2024 | Ï | NOTICE: The initial conference is adjourned from March 8 to April 1, 2024 at 10:00 a.m. Refer to Docket Entry 6 for details. (Nacanther, Florence) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/29/2024 | Ï 23 | MOTION for Spencer D. Wein to Withdraw as Attorney *for Defendant SKF USA Inc.*. Document filed by SKF USA Inc.. (Attachments: # 1 Affidavit Declaration of Spencer D. Wein in Support of Motion to Withdraw as Counsel).(Wein, Spencer) (Entered: 02/29/2024) |
| 03/01/2024 | Ï 24 | MEMO ENDORSEMENT on NOTICE OF MOTION AND ORDER TO WITHDRAW AS COUNSEL: granting 23 Motion to Withdraw as Attorney. ENDORSEMENT: IT IS SO ORDERED. Attorney Spencer Derek Wein terminated. (Signed by Judge P. Kevin Castel on 3/01/2024) (ama) (Entered: 03/01/2024) |
| 03/01/2024 | Ï 25 | LETTER MOTION for Conference *to request leave to file a motion to dismiss Plaintiff's Amended Complaint* addressed to Judge P. Kevin Castel from C. Neil Gray dated March 1, 2024. Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 03/01/2024) |
| 03/07/2024 | Ï 26 | LETTER RESPONSE to Motion addressed to Judge P. Kevin Castel from Jeff E. Butler dated March 7, 2024 re: 25 LETTER MOTION for Conference *to request leave to file a motion to dismiss Plaintiff's Amended Complaint* addressed to Judge P. Kevin Castel from C. Neil Gray dated March 1, 2024. *Respond to the Pre−Motion Letter submitted by Defendant SKF USA, Inc. (SKF) on March 1, 2024.*. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 03/07/2024) |
| 03/21/2024 | Ï 27 | ORDER granting 17 Letter Motion for Conference re: 17 LETTER MOTION for Conference *to request leave to file a motion to dismiss Plaintiff's Complaint* addressed to Judge P. Kevin Castel from C. Neil Gray dated February 1, 2024., 25 LETTER MOTION for Conference *to request leave to file a motion to dismiss Plaintiff's Amended Complaint* addressed to Judge P. Kevin Castel from C. Neil Gray dated March 1, 2024. ; granting 25 Letter Motion for Conference re: 17 LETTER MOTION for Conference *to request leave to file a motion to dismiss Plaintiff's Complaint* addressed to Judge P. Kevin Castel from C. Neil Gray dated February 1, 2024., 25 LETTER MOTION for Conference *to request leave to file a motion to dismiss Plaintiff's Amended Complaint* addressed to Judge P. Kevin Castel from C. Neil Gray dated March 1, 2024. SKF may file the motion described in the letter of March 1 (ECF 25) by April 26, GENRA may respond by May 24 and SKF may reply by June 7. There will be no extensions to this generous schedule. Letter motion (ECF 17 and 25) should be terminated. SO ORDERED. Initial Conference set for 4/1/2024 at 10:00 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 3/21/2024) (tg) (Entered: 03/22/2024) |
| 03/21/2024 | Ï | Set/Reset Deadlines: Responses due by 5/24/2024 Replies due by 6/7/2024. (tg) (Entered: 03/22/2024) |
| 03/22/2024 | Ï | Set/Reset Deadlines: Motions due by 4/26/2024. (tg) (Entered: 04/09/2024) |
| 03/25/2024 | Ï 28 | JOINT LETTER addressed to Judge P. Kevin Castel from Christopher W. Healy. Esq. dated March 25, 2024 re: Courts October 24, 2023 Order. Document filed by SKF USA Inc...(Healy, Christopher) (Entered: 03/25/2024) |
| 03/25/2024 | Ï 29 | LETTER MOTION for Extension of Time to File *[email] Civil Case Management Plan & Scheduling Order* addressed to Judge P. Kevin Castel from Jeff E. Butler dated 3/25/2024. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 03/25/2024) |
| 03/26/2024 | Ï 30 | ORDER granting 29 Letter Motion for Extension of Time to File. Approved. SO ORDERED. (Signed by Judge P. Kevin Castel on 3/26/2024) (vfr) (Entered: 03/26/2024) |
| 03/28/2024 | Ï 31 | NOTICE OF APPEARANCE by Gabrielle Catherine Pelura on behalf of SKF USA Inc...(Pelura, Gabrielle) (Entered: 03/28/2024) |
| 03/28/2024 | Ï 32 | NOTICE OF APPEARANCE by John Ignatius Coster, IV on behalf of SKF USA Inc...(Coster, John) (Entered: 03/28/2024) |
| 03/29/2024 | Ï 33 | |

| | | |
|---|---|---|
| | | NOTICE OF APPEARANCE by Sanaz Payandeh on behalf of GE Renewables North America, LLC..(Payandeh, Sanaz) (Entered: 03/29/2024) |
| 04/01/2024 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Initial Pretrial Conference held on 4/1/2024. Case is referred to Court Mediation for a session scheduled on May 7, 2024 at 10:00 a.m. By April 8, 2024 the parties will report to the Court on whether they want to retain a private mediator. (Nacanther, Florence) (Entered: 04/01/2024) |
| 04/01/2024 | 34 | MEDIATION REFERRAL ORDER: It is ORDERED that this case is referred for mediation to the Court−annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. This expedited mediation is set for May 7, 2024 at 10:00 a.m., location or format to be determined. The assigned Mediator is authorized to advance or extend the mediation date by up to 7 days without leave of Court. After the initial mediation session, the Mediator is empowered to conduct such subsequent mediation sessions as the Mediator in his or her discretion chooses to conduct. SO ORDERED. Mediators will be assigned based on the nature of suit. Additional expertise requests should promptly be directed to the Mediation Office. SO ORDERED. Please reference the following when corresponding with the Mediation Office. E−mail MediationOffice@nysd.uscourts.gov, telephone (212) 805−0643, and facsimile (212) 805−0647. Mediator to be Assigned by 4/15/2024. (Signed by Judge P. Kevin Castel on 4/1/2024) (vfr) (Entered: 04/01/2024) |
| 04/08/2024 | 35 | JOINT LETTER addressed to Judge P. Kevin Castel from Jeff E. Butler dated 4/8/24 re: in response to the Courts April 1, 2024 Minute Entry. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 04/08/2024) |
| 04/10/2024 | | NOTICE OF MEDIATOR ASSIGNMENT − Notice of assignment of mediator. Mediator Schedule due by 5/10/2024.(sge) (Entered: 04/10/2024) |
| 04/10/2024 | | FIRST MEDIATION CONFERENCE. Mediation Conference scheduled for 5/7/2024 at 10:00 AM in telephone or video conference.(sge) (Entered: 04/10/2024) |
| 04/26/2024 | 36 | MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration*. Document filed by SKF USA Inc.. Responses due by 5/24/2024.(Gray, Christopher) (Entered: 04/26/2024) |
| 04/26/2024 | 37 | MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration*. . Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 04/26/2024) |
| 04/26/2024 | 38 | DECLARATION of JEFFREY MARCHOZZI in Support re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration*.. Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 04/26/2024) |
| 04/26/2024 | 39 | DECLARATION of C. NEIL GRAY in Support re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration*.. Document filed by SKF USA Inc.. (Attachments: # 1 Exhibit A − Supply Agreement, # 2 Exhibit B − 2016 Purchase Terms, # 3 Exhibit C − 2018 Purchase Terms).(Gray, Christopher) (Entered: 04/26/2024) |
| 04/29/2024 | 40 | LETTER MOTION for Extension of Time *of the Mediation Date* addressed to Judge P. Kevin Castel from Jeff E. Butler dated 4/29/24. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 04/29/2024) |
| 05/01/2024 | 41 | ORDER granting 40 Letter Motion for Extension of Time. Application GRANTED. SO ORDERED. (Signed by Judge P. Kevin Castel on 4/29/2024) (vfr) Transmission to Mediation Clerk for processing. (Entered: 05/01/2024) |

| | | |
|---|---|---|
| 05/03/2024 | Ï | MEDIATION CONFERENCE NOT HELD Mediation Conference scheduled for 05/07/2024 will not be held. Mediation Status due by 5/20/2024.(sni) (Entered: 05/03/2024) |
| 05/07/2024 | Ï | SUBSEQUENT MEDIATION CONFERENCE. Mediation Conference scheduled for 5/20/2024 at 11:00 AM in telephone or video conference.(sni) (Entered: 05/07/2024) |
| 05/20/2024 | Ï | Minute Entry for proceedings held before SDNY Mediation: Mediation Conference held on 5/20/2024. Mediation Status due by 6/20/2024. (sni) (Entered: 05/21/2024) |
| 05/24/2024 | Ï 42 | MEMORANDUM OF LAW in Opposition re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration. MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS*. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 05/24/2024) |
| 05/24/2024 | Ï 43 | DECLARATION of Jeff E. Butler in Opposition re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration.*. Document filed by GE Renewables North America, LLC. (Attachments: # 1 Exhibit 1 – Addendum Number Two Dated December 14, 2017, # 2 Exhibit 2 – Purchase Order, # 3 Exhibit 3 – Tolling Agreement).(Butler, Jeff) (Entered: 05/24/2024) |
| 05/24/2024 | Ï 44 | DECLARATION of David Mollevik in Opposition re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration.*. Document filed by GE Renewables North America, LLC..(Butler, Jeff) (Entered: 05/24/2024) |
| 06/07/2024 | Ï 45 | REPLY MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration*. . Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 06/07/2024) |
| 06/07/2024 | Ï 46 | DECLARATION of JEFFREY MARCHOZZI in Support re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration.*. Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 06/07/2024) |
| 06/07/2024 | Ï 47 | DECLARATION of C. NEIL GRAY in Support re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration.*. Document filed by SKF USA Inc.. (Attachments: # 1 Exhibit 1 – December 19, 2019 E–Mail and Attachment).(Gray, Christopher) (Entered: 06/07/2024) |
| 06/11/2024 | Ï 48 | NOTICE OF CHANGE OF ADDRESS by Jeff Edward Butler on behalf of GE Renewables North America, LLC. New Address: Clifford Chance US LLP, 375 9th Avenue, New York, NY, United States 10001, 2128788000..(Butler, Jeff) (Entered: 06/11/2024) |
| 06/28/2024 | Ï 49 | LETTER MOTION for Oral Argument addressed to Judge P. Kevin Castel from C. Neil Gray, Esq. dated June 28, 2024. Document filed by SKF USA Inc...(Gray, Christopher) (Entered: 06/28/2024) |
| 02/07/2025 | Ï 51 | OPINION AND ORDER re: 36 MOTION to Dismiss *Notice of Motion to Dismiss or, in the Alternative, to Transfer Venue, or Compel Arbitration*. filed by SKF USA Inc. For these reasons, SFK's motion to transfer venue to the U.S. District Court of the Northern District of Georgia is GRANTED. SFK's motion to dismiss for failure to state a claim or, alternatively, to compel arbitration is reserved for the transferee court. The Clerk is directed to administratively terminate the motion and the related letter motion. (DE 36, 49.) The Clerk shall transfer the action and close the case in this district. SO ORDERED. (Signed by Judge P. Kevin Castel on 2/7/2025) (vfr) Transmission to Office of the Clerk of Court for processing. (Entered: 02/07/2025) |
| 02/07/2025 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Northern District of Georgia.(vfr) (Entered: 03/04/2025) |