# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GE RENEWABLE NORTH AMERICA, LLC, | ) )  ) |
| Plaintiff, | ) ) Case No. 1:25-cv-01157-AT |
| v. | ) ) |
| SKF USA INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Christopher Kanne and Stephanie Wayco, of the law firm of Duane Morris LLP, notify the clerk of court and all parties of record of their entry of appearance on behalf of Defendant SKF USA Inc.

Dated: March 12, 2025.

**Christopher Kanne**
Christopher Kanne
Georgia Bar No. 627081

**Stephanie Wayco**
Stephanie Wayco
Georgia Bar No. 132932

DUANE MORRIS LLP
1075 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900
Email: SMWayco@duanemorris.com
Email: cdkanne@duanemorris.com

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document filed with the Clerk of Court was prepared in 14-point Times New Roman font, in accordance with Local Rule 5.1.

Dated: March 12, 2025.                              **Christopher Kanne**
                                                     Georgia Bar No. 627081

## CERTIFICATE OF SERVICE

I certify that, on this day, I served the forgoing document on all attorneys of record by filing the same with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record.

Dated: March 12, 2025                                          **Christopher Kanne**
                                                               Georgia Bar No. 627081