## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **GE RENEWABLE NORTH AMERICA, LLC** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO: 1:25-cv-01157-AT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SKF USA INC.,** | ) | |
| | ) | |
| **Defendant.** | / | |

## <u>ENTRY OF APPEARANCE</u>

**COMES NOW** Michael W. Warner of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 3344 Peachtree Road, N.E., Suite 2400, Atlanta, Georgia 30326, and hereby notifies this Court and counsel of record of his entry of appearance on behalf of Plaintiff GE Renewable North America, LLC.

This 13th day of March, 2025.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Michael W. Warner*
Michael W. Warner
Georgia Bar No. 751362
3344 Peachtree Rd., Suite 2400
Atlanta, Georgia 30326
Ph: 404.876.2700
Fax: 404.875.9433
mwarner@wwhgd.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing pleading was prepared using Times New Roman, 14-point, and otherwise conforms with the requirements of Local Rule 5.1.

This 13th day of March, 2025.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

/s/ Michael W. Warner
Michael W. Warner
Georgia Bar No. 751362

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, I served the foregoing Entry of Appearance upon the following by electronically filing the same with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all attorneys of record.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Michael W. Warner*
Michael W. Warner
Georgia Bar No. 751362
mwarner@wwhgd.com
3344 Peachtree Rd., Suite 2400
Atlanta, Georgia 30326
Ph:   404.876.2700
Fax:  404.875.9433

*Attorney for Plaintiff*