IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GE RENEWABLES NORTH AMERICA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SKF USA INC.,<br><br>    Defendant. | Civil Action No.<br>1:25-cv-01157-VMC |

**ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties (Doc. 76), the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

| | |
|---|---|
| Initial Disclosures | June 30, 2025 |
| Substantial completion of document production | January 30, 2026 |
| Completion of fact discovery | April 30, 2026 |
| Expert reports (on issues for which a party bears the burden of proof) | June 26, 2026 |

| Rebuttal expert reports | July 31, 2026 |
| --- | --- |
| Completion of expert discovery | September 25, 2026 |

**SO ORDERED** this 13th day of May, 2025.

_____
Victoria Marie Calvert
United States District Judge