# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GE RENEWABLES NORTH AMERICA, LLC, | Civil Action No. |
| Plaintiff, | 1:25-cv-01157-VMC |
| v. | |
| SKF USA INC., | |
| Defendant. | |

## ORDER

The Court having considered Defendant SKF USA Inc.'s Motion for Extension of Time to Answer, and for good cause shown, **IT IS HEREBY ORDERED** that Defendant shall have through and including 14 days following the date of the Court's ruling on SKF's Partial Motion to Dismiss to answer Plaintiff's Amended Complaint.

IT IS SO ORDERED this  14th  day of  May , 2025.

_____
Honorable Victoria M. Calvert
United States District Judge
Northern District of Georgia

Submitted by:

**Christopher D. Kanne**
Georgia Bar No. 627081
DUANE MORRIS LLP
1075 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900
Email: cdkanne@duanemorris.com
*Counsel for Defendant SKF USA, Inc.*