IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GE RENEWABLES NORTH AMERICA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SKF USA INC.,<br><br>        Defendant. | Civil Action No.<br>1:25-cv-01157-VMC |

**DECLARATION OF C. NEIL GRAY IN SUPPORT OF
DEFENDANT'S PARTIAL MOTION TO DISMISS**

I, C. Neil Gray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner in the law firm of Duane Morris LLP, attorneys for Defendant SKF USA Inc. ("SKF") in this action. I submit this declaration in support of SKF's Partial Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the Supply Agreement entered into by General Electric Company acting through its GE Power and Water Business and SKF on or about January 1, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of the GE Renewable Energy Terms of Purchase Rev. A – U.S., dated March 18, 2016.

4. Attached hereto as Exhibit C is a true and correct copy of the GE Renewable Energy Terms of Purchase Rev. A – U.S., dated March 26, 2018.

5. Attached hereto as Exhibit D is a true and correct copy of Addendum Number Three to the Supply Agreement, dated December 18, 2019.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on May 15, 2025

_____
C. NEIL GRAY