IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GE RENEWABLES NORTH AMERICA, LLC,<br>Plaintiff,<br>v.<br>SKF USA INC.,<br>Defendant. | Case No. 1:25-cv-1157-VMC |

**ORDER**

The Court having considered Plaintiff and Defendant's Consent Motion for Extension of Time and Modification of the Scheduling Order with Incorporated Brief in Support, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is granted. The deadlines identified in the Scheduling Order dated February 11, 2026 [Doc. 95-1] shall be modified as follows (new deadlines reflected in bold italicized font):

| | |
|---|---|
| Initial Disclosures | June 30, 2025 (Deadline Unchanged) |
| Substantial Completion of Document Production | April 30, 2026 (Deadline Unchanged) |
| Completion of Fact Discovery | ***Modified to: October 30, 2026*** |
| Expert Reports (on issues for which a party bears the burden of proof) | ***Modified to: January 15, 2027*** |

| | |
|---|---|
| Rebuttal Expert Reports | ***Modified to: February 19, 2027*** |
| Completion of Expert Discovery | ***Modified to: April 16, 2027*** |

IT IS SO ORDERED this 8th day of July, 2026.

Honorable Victoria Marie Calvert
United States District Judge
Northern District of Georgia

Submitted by:

***Kathryn M. White***
Georgia Bar No. 528556
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309-3929
Telephone: +1 404 253 6900
Facsimile: +1 404 253 6901
Email: KMWhite@duanemorris.com

*Counsel for Defendant SKF USA, Inc.*